of action. The services are claimed to have been rendered under a contract made in 1898, by the terms of which defendant is alleged to have obligated himself to pay to the plaintiff one-fourth of the profits made on the sale of his stock in the corporation referred to. The bill of particulars furnished is also in the most general terms, and serves little or no purpose so far as limiting the proof at the trial. For these reasons we think the motion for a further bill of particulars should have been granted, to the extent of ordering the plaintiff to furnish what is designated in the moving papers as "1, 2, 3, 4, 5; 8, 9," excepting therefrom "and all particulars as to when or how the plaintiff acted or was instrumental in procuring the execution of such contract"; "10, 11, 12; 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38; 42, 43; 45, 46, 47, 48; 50, 51, 52; 54, 55, 56, 57, 58, 59." The order appealed from, therefore, is reversed, with $10 costs and disbursements and the motion granted to the extent indicated, with $10 costs.

DONOVAN, Respondent, v. HARRIMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1909.) Action by John Donovan against Edward H. Harriman. F. D. Pollock, for appellant. H. M. Earle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 117 N. Y. Supp. 1132.

DOWNS, Respondent, v. OSWEGO FALLS PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by Duane R. Downs against the Oswego Falls Pulp & Paper Company. No opinion. Judgment and order affirmed, with costs.

DRAYTON v. FRANCO-AMERICAN FERMENT CO. et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Appeal from Special Term, New York County. Action by J. Coleman Drayton against the Franco-American Ferment Company and others. From an order denying a motion to continue injunction, defendant company appeals. Affirmed. F. Bien, for appellant. C. E. Kelley, for respondent.
PER CURIAM. The order appealed from is affirmed, with $10 costs and disbursements.
LAUGHLIN, J., voting for affirmance, on the ground that there is no injunction order outstanding now.
INGRAHAM and McLAUGHLIN, JJ., dissent, on the ground that, upon the denial of the motion to continue the injunction, the preliminary injunction fell, and it was improper, therefore, to place in the order a statement that the motion by defendants to vacate the preliminary injunction was denied.

DUBROFF, Respondent, v. CORNMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Jacob S. Dubroff against Charles Cornman and others. No opinion. Motion dismissed, without costs.

DURANTE v. RAIMON. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Alfred W. Durante against Albert Raimon. No opinion. Application granted. Order signed. See, also, 115 N. Y. Supp. 115.

DYNAN, Appellant, v. McCLELLAN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by John Dynan against George B. McClellan and others. T. O'Connor, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EARLE, Appellant, v. WHITE KNOB COPPER CO., Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1909.) Action by Henry M. Earle against the White Knob Copper Company. C. Haldane, for appellant. C. H. Russell, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

EASTMAN MACH. CO., Appellant, v. SONNEBORN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 5, 1909.) Action by the Eastman Machine Company against Henry Sonneborn and others. No opinion. Order modified, and, as modified, affirmed, without costs of this appeal to either party.

EBINGER, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1909.) Action by John F. Ebinger against the Syracuse Rapid Transit Railway Company.
PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

EDWARD SMOLKA & CO., Respondent v. THOS. F. CUSHING CO., Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by Edward Smolka & Co. against the Thos. F. Cushing Company. J. F. Lynch, for appellant. R. Landon, for respondents. No opinion. Determination affirmed, with costs. Order filed.

ELECTRO-TINT ENGRAVING CO. v. AMERICAN HANDKERCHIEF CO. (Supreme Court, Appellate Division, First Department. May 14, 1909.) Action by the Electro-Tint Engraving Company against the American Handkerchief Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 130 App. Div. 561, 115 N. Y. Supp. 34.

In re ELLWANGER'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 12, 1909.) In the matter of the probate of the will of George Ellwanger, deceased, William D. Ellwanger, as sole executor, etc., appearing against Henry S. Bacon and William T. Plumb, as special guardian, etc. No opin-